Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 3 0 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-15-00357-CR

| | | |
|---|---|---|
| Kenneth L. Brown | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____
Pro se Appellant
GARZA WEST Unit, TDCJ # 1995117
BEEVILLE , Texas 78102

### Certificate of Service

This is to certify that on ___11-23-2015___ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

_____
Pro se Appellant

KENNETH L. BROWN #1995117
GARZA WEST
4250 HWY 202
BEEVILLE, TX, 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
24 NOV 2015 PM 2 L

FIRST COURT OF APPEALS
RECEIVED
HOUSTON, TEXAS

NOV 30 2015

CHRISTOPHER A. PRINE
CLERK

FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TX, 77002

77002-206699